FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 8 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

E. THOMAS C. JONES; and
ELIZABETH K. JONES                                                      PLAINTIFFS

v.                          NO. 1:16-cv-00066 KGB/JTR

ST. JAMES TRANSPORTS, LLC.                                              DEFENDANT

This case assigned to District Judge _____BAKER_____
and to Magistrate Judge _____RAY_____

## NOTICE OF REMOVAL

COMES NOW defendant, St. James Transports, LLC, by and through its attorneys, Womack Phelps Puryear Mayfield and McNeil, P.A., and for its Notice of Removal, states:

1. Plaintiffs commenced this action when they filed their complaint on May 4, 2016, in the Circuit Court of Sharp County, Arkansas. Said action was docketed as No. CV-2016-75. Copies of the Complaint and Summons which were filed in the Circuit Court of Sharp County, Arkansas are attached hereto as Exhibits A and B, respectively.

2. On May 12, 2016, plaintiff served St. James Transports, LLC through registered agent by mail with a summons and a copy of the Complaint, as evidenced by the Affidavit of Service attached hereto as Exhibit C.

3. Plaintiffs' cause of action is for the recovery of tort damages that allegedly resulted from a vehicle accident that occurred on January 25, 2016, in or near Oldham County, Texas.

4. Plaintiffs are alleged to be residents of Sharp County, Arkansas.

5. Defendant is a citizen of Missouri. It is a Missouri LLC with its principal place of business in the State of Missouri. J. Scott Gahr is sole member of this LLC; and Mr. Gahr is a citizen of Missouri.

6. Complete diversity of citizenship exists between the parties to this litigation.

7. Plaintiffs' suit is a civil action of which this Court has original jurisdiction, under 28 U.S.C. § 1332(a), because it is an action between citizens of different states and the matter in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, which is in excess of the minimum amount required for diversity of citizenship jurisdiction in Federal Court.

8. This cause of action may be removed to this Court, pursuant to 28 U.S.C. § 1441.

9. This Court is the proper jurisdiction.

10. The United States District Court, Eastern District of Arkansas, Batesville Division, embraces Sharp County, the county in which the state court action is now pending; thus, this Court is the proper venue for removal purposes.

11. This notice of removal is timely filed, pursuant to 28 U.S.C. § 1446(b).

12. Defendant has provided written notice of the filing of this notice of removal to plaintiffs and has filed a copy of this notice with the Clerk of the Circuit Court of Sharp County, Arkansas.

WHEREFORE, defendant, St. James Transports, LLC, prays that this action be removed to the United States District Court, Eastern District of Arkansas, Batesville Division; that no further proceedings be had in the Circuit Court of Sharp County, Arkansas; and for all other relief to which it is entitled.

Respectfully submitted,

Jeffrey W. Puryear (93109)
Chuck Gschwend (86074)
WOMACK PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, Arkansas 72403-3077
(870) 932-0900
jpuryear@wpmfirm.com
cgschwend@wpmfirm.com

By: _____
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that service of the above and foregoing was made by mailing a copy of same to the following attorneys of record on this 8th day of June, 2016:

Mr. Larry D. Kissee
ATTORNEY AT LAW
970 Ash Flat Drive
Post Office Box 323
Ash Flat, Arkansas 72513

Mr. H. David Blair
Mr. Robert D. Stroud
BLAIR & STROUD
Post Office Box 2135
Batesville, Arkansas 72503

*Attorneys for Plaintiffs*

_____
Chuck Gschwend