IN THE CIRCUIT COURT OF SHARP COUNTY, ARKANSAS
CIVIL DIVISION

FILED
MAY 0 4 2016
TOMMY ESTES, CLERK
BY  N  10150  D.C.

| | |
|---|---|
| E. THOMAS C. JONES; and ELIZABETH K. JONES, ) ) | |
| Plaintiffs ) | |
| V. ) | Case No. CV-2016-175 |
| ST. JAMES TRANSPORTS, LLC, ) | |
| Defendant ) | |

## COMPLAINT

Come E. Thomas C. Jones and Elizabeth K. Jones, his wife, and for their Complaint, state:

1. They are adult residents of Sharp County, Arkansas.

2. Defendant is a limited liability company organized and existing in the State of Missouri which does business in the State of Arkansas and which can be served with process through its agent for service, All American Agents of Process, % Stephen Smith, 1206 Garrison Avenue, Ft. Smith, Arkansas 72901.

3. This court has jurisdiction of the parties to this cause of action and venue is appropriate in this court pursuant to Ark. Code Ann. § 16-55-213(a)(3)(A).

EXHIBIT
A

4. On January 29, 2016, Plaintiff E. Thomas C. Jones ("Thomas") and Elizabeth K. Jones ("Elizabeth") were driver and passenger, respectively, in their 2006 Lexus, westbound on I-40, approximately one-quarter mile east of mile marker 47 in Oldham County, Texas.

5. At the same time, Clarence Robert Branson ("Branson") was the driver of a 2009 Peterbilt tractor, VIN 1XPXD49X69N772009, pulling a semi-trailer, westbound on I-40 at the same location.

6. Branson approached Thomas and Elizabeth from the rear and failed to control his tractor-trailer speed. He struck the rear of the Lexus and forced it off the roadway into a ditch, through a large roadway sign, where it overturned.

7. Thomas and Elizabeth were injured in the wreck. They have each sustained fractured bones, bruises, abrasions, and other significant, painful, and permanent injuries which required their hospitalization.

8. At all relevant times, Branson was an agent, servant or employee of Defendant St. James Transports, LLC. All of his acts and omissions in the course and scope of such agency are imputed to Defendant by the doctrine of respondeat superior.

9. The injuries and damages sustained by Thomas and Elizabeth were proximately caused by the negligent acts and omissions of Branson, which include but are not limited to the following:

    A. Failing to maintain control of his vehicle;

    B. Driving his vehicle at a rate of speed too fast for conditions;

    C. Failing to yield the right-of-way to a forward vehicle;

    D. Failing to keep a proper lookout.

10. As a proximate result of these negligent acts and omissions, Thomas and Elizabeth have sustained damages, which include but are not limited to the following:

    A. Medical, hospital and pharmaceutical expenses incurred in the past and reasonably likely to be incurred in the future;

    B. Permanent and painful bodily injuries;

    C. Pain, suffering and mental anguish in the past and reasonably likely to be suffered in the future.

WHEREFORE, Plaintiffs each demand judgment against Defendant in an amount which will fully and fairly compensate them for their damages, which, as to each of them, are in excess of the minimum jurisdictional amount for federal court diversity jurisdiction, for their costs, and for all other proper relief.

E. THOMAS C. JONES and ELIZABETH K. JONES, Plaintiffs

BY: LARRY D. KISSEE        No. 82089
    Attorney at Law
    970 Ash Flat Drive
    P. O. Box 323
    Ash Flat, Arkansas 72513
    (980) 994-2456

and

BY: H. DAVID BLAIR         No. 65004
    ROBERT D. STROUD       No. 71073
    BLAIR & STROUD
    Attorneys at Law
    P. O. Box 2135
    Batesville, AR 72503
    (870) 793-8350

By: _____
    Robert D. Stroud

4

## DEMAND FOR JURY TRIAL

Come E. Thomas C. Jones and Elizabeth K. Jones, Plaintiffs herein, and, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demand right of trial by jury as to all issues so triable.

        E. THOMAS C. JONES and ELIZABETH K. JONES, Plaintiffs

BY:  LARRY D. KISSEE   No. 82089
       Attorney at Law
       970 Ash Flat Drive
       P. O. Box 323
       Ash Flat, Arkansas 72513
       (980) 994-2456

and

BY:  H. DAVID BLAIR   No. 65004
       ROBERT D. STROUD  No. 71073
       BLAIR & STROUD
       Attorneys at Law
       P. O. Box 2135
       Batesville, AR 72503
       (870) 793-8350

By: _____
     Robert D. Stroud