IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

E. THOMAS C. JONES; and
ELIZABETH K. JONES

                                                  PLAINTIFFS

v.                      NO. 1:16-cv-00066 KGB/JTR

ST. JAMES TRANSPORTS, LLC                                   DEFENDANT

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41 hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims and counter-claims stated herein against all parties, with each party to bear its own attorneys fees and costs. This action has been settled and therefore will be voluntarily dismissed by agreement, with prejudice once the release has been signed and the checks have been delivered pursuant to Federal Rules of Civil Procedure 41.

                                      Respectfully submitted,

                                      Larry D. Kissee (82089)
                                      Attorney at Law
                                      970 Ash Flat Drive
                                      P.O. Box 323
                                      Ash Flat, AR  72513
                                      (980) 994-2456

                                      And

                                      H. David Blair (65004)
                                      Robert D. Stroud (71073)
                                      BLAIR & SROUD
                                      P.O. Box 2135
                                      Batesville, AR  72503
                                      (870) 793-8350

                                      By:  /s/ Robert D. Stroud
                                          *Attorneys for Plaintiff*

        Jeffrey W. Puryear (93109)
        Chuck Gschwend (86074)
        WOMACK PHELPS
        PURYEAR MAYFIELD & McNEIL, P.A.
        P.O. Box 3077
        Jonesboro, AR 72403
        (870) 932-0900
        jpuryear@wpmfirm.com
        cgschwend@wpmfirm.com


By: /s/ Chuck Gschwend
     *Attorneys for Defendants*